758

**Gale S. NELSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 03–3273.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2004.

ON MOTION

LINN, Circuit Judge.

*ORDER*

Gale S. Nelson moves for reconsideration of this court's July 23, 2004 order dismissing her appeal for failure to file a joint appendix, with joint appendix attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the July 23, 2004 order is vacated, the petition for review is reinstated, and the case is ready for assignment to an oral argument calendar.

**Ivan L. COX, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 04–3422.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2004.

ON MOTION

*ORDER*

Ivan L. Cox moves for reconsideration of the court's September 27, 2004 order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination, with Rule 15(c) statement attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Cox's motion for reconsideration is granted.

(2) The court's September 27, 2004 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) Cox's brief is due within 21 days of the date of filing of this order.